**CSD 1162** [08/22/03]
Name, Address, Telephone No. & I.D. No.

Order Entered on
October 27, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Moving Party

RS NO.

Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ **REAL PROPERTY**   ☐ **PERSONAL PROPERTY**

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion Docket Entry No. _____

//

//

//

//

DATED:  October 27, 2010

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
Attorney for Movant

CSD 1162

CSD 1162 [08/22/03] (Page 2)

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY

DEBTOR:                                                                    CASE NO:

                                                                           RS NO.:

The Motion of _____ ,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on _____ , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A

OR Notice Docket Entry No._____ , if filed electronically), the Motion, and accompanying Declarations having been served

upon the parties named below on _____ , and

☐ Debtor *(Name)*:

☐ Debtor's Attorney *(Name)*:

☐ Trustee *(Name)*:

☐ United States Trustee (in Chapter 11 & 12 cases), and

☐ Others, if any *(Name)*:

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with

the estate's and the debtor's interest in

1.    ☐    The following real property:

a.    Street address of the property including county and state:

b.    Legal description is ☐ attached as Exhibit A or ☐ described below:

2.    ☐    The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*:

CSD 1162

*Signed by Judge Margaret M. Mann October 27, 2010*